UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA RIZACK, *et al.*,
                Plaintiff,

-v-

SIGNATURE BANK, N.A., *et al.*,
                Defendant.

18-CV-9641 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 29, 2025, The Gordon Fund LLC ("Gordon Fund") filed a motion voluntarily dismissing all of its claims against Defendants. (ECF No. 60.) The Gordon Fund's motion is hereby GRANTED. The Clerk of Court is directed to terminate The Gordon Fund as a party.

SO ORDERED.

Dated: October 30, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge